LARKIN, Respondent, v. SULLIVAN, Appellant. (Common Pleas of New York City and County, General Term. August 1, 1894.) Appeal from fifth district court. Action by John Larkin against William Sullivan, as president, etc. Samuel Mullen, for appellant. Abraham H. Sarasohn, for respondent.

BOOKSTAVER, J. This action was brought to recover the sum of $75, which plaintiff claimed as a funeral benefit by reason of the death of his wife, due to him by the defendant association because he was a financial member of the district lodge. The case was tried by the justice, with a jury. The defense was two-fold—First, that the plaintiff was over forty years of age when he joined the lodge; and, second, that he was not a member in good standing at the time, because he was in arrears for dues for a period of three months prior to the death of his wife. The plaintiff's testimony in the case was somewhat contradictory, but, on the other hand, the defendant's testimony was vague and indefinite. There was enough evidence offered by the plaintiff to sustain his contention if believed by the jury, and their verdict shows they did believe him. Neither of the questions litigated before them was of a nature to induce sympathy on one side, or passion, prejudice, or hasty action on the other. We therefore do not think the verdict should be disturbed. As far as the record shows, no exceptions were taken during the course of the trial, and none were argued before us. The judgment should therefore be affirmed, with costs.

LAWRENCE et al., Appellants, v. TOWN OF HEMPSTEAD, Respondent. (Supreme Court, General Term, Second Department. February 12, 1894.) Action by Newbold T. Lawrence and others, executors, against the town of Hempstead. Reargument ordered. Opinion not to be printed, by direction of judge.

LEEHAN, Respondent, v. LAKE SHORE & M. S. RY. CO., Appellant. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by John W. Leehan, an infant, by guardian, etc., against the Lake Shore & Michigan Southern Railway Company. No opinion. Judgment and order appealed from affirmed.

In re LE ROY. (Supreme Court, General Term, Third Department. July 14, 1894.) In the matter of the application for an order directing Isaac Le Roy to deliver books, etc. No opinion. Order affirmed, with $10 costs and printing and other disbursements.

LITT, Respondent, v. EMERY, Appellant. (Supreme Court, General Term, Second Department. July 27, 1894.) Appeal from special term, Kings county. Application by Jonas Litt for mandamus to compel Z. Taylor Emery, M. D., as commissioner of the department of health of the city of Brooklyn, to restore petitioner to the position of meat inspector. Alexander H. Van Cott, for appellant. Blanchard, Gay & Phelps (Joseph G. Gay, of counsel), for respondent.

DYKMAN, J. This is an appeal from an order directing the issuance of a peremptory writ of mandamus, requiring the commissioner of the department of health of the city of Brooklyn to restore Jonas Litt to the position of meat inspector in that department. Our conclusion is that the order should be affirmed, on the opinion of the judge who made it.

LUDLOW VALVE MANUF'G CO., Appellant, v. NEW YORK CITY WATER SUPPLY CO., et al., Respondents. (Supreme Court, General Term, Third Department. July 14, 1894.) Action by the Ludlow Valve Manufacturing Company against the New York City Water Supply Company and Moses Crow. No opinion. Order affirmed, with $10 costs and printing and other disbursements.

LUMBER EXCH. BANK et al., Respondents, v. JENKINS, Appellant. (Supreme Court, General Term, Fifth Department. January 18, 1894.) Action by the Lumber Exchange Bank and others against Oliver A. Jenkins. No opinion. Order appealed from affirmed, with costs, on the opinion of CHILDS, J., at circuit.

McCLURE, Respondent, v. DAVISON, Appellant. (Supreme Court, General Term, First Department. June 15, 1894.) Action by David McClure against Henry J. Davison, Jr. No opinion. Order affirmed, with costs.

MAHON, Respondent, v. TRACY, Appellant. (Supreme Court, General Term, First Department. June 15, 1894.) Action by John Mahon against Mary Tracy. W. J. Walsh, for appellant. F. S. Wait, for respondent. No opinion. Judgment affirmed, with costs, on opinion of special term.

MANHATTAN RY. CO. v. YOUMANS. (Supreme Court, General Term, First Department. April 13, 1894.) In the matter of the Manhattan Railway Company against Sarah E. Youmans. No opinion. Order affirmed, with $10 costs and disbursements.

MEKLAN, Appellant, v. BUFFALO SPRING & GEAR CO., Respondent. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by Walter N. Meklan against the Buffalo Spring & Gear Company. No opinion. Judgment and order appealed from affirmed.

MERWIN, Respondent, v. NEWTON, Appellant. (Supreme Court, General Term, First Department. April 13, 1894.) Action by Charles B. Merwin against John H. Newton. W. B. Crisp, for appellant. E. Stone, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MESSERSCHMITT, Respondent, v. TRAVELERS' INS. CO. OF HARTFORD, Appellant. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by Henry H. Messerschmitt against the Travelers' Insurance Company of Hartford. No opinion. Judgment appealed from affirmed.

METROPOLITAN LIFE INS. CO., Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Superior Court of New York City, General Term. July 2, 1894.) Action by the Metropolitan Life Insurance Company against the Manhattan Railway Company and others. PER CURIAM. The orders appealed from should be affirmed, with $10 costs and disbursements.

MILLER v. DIEL. (Supreme Court, General Term, Second Department. June 18, 1894.) Action by Frank W. Miller against Cornelius Diel. No opinion. Order affirmed, with costs.